# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BAR K STL, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Case No. 25-41228 |
| | ) | |

## STATEMENT OF AUTHORIZATION FOR BANKRUPTCY FILING

Debtor Bar K STL, LLC hereby submits the following Statement of Authorization for Bankruptcy Filing:

1. Debtor initiated this bankruptcy proceeding with the filing of its voluntary Chapter 7 Petition on August 4, 2025. Prior to this bankruptcy filing, the managers of Debtor passed a unanimous Resolution authorizing the bankruptcy filing and the employment of bankruptcy counsel (the "Resolution")

2. In support of this Statement, Debtor attaches an executed copy of the Resolution. The Resolution remains in full force and effect.

Respectfully submitted,

**SEIGFREID BINGHAM, P.C.**

By: */s/ Jonathan A. Margolies*
Jonathan A. Margolies, MO #30770
2323 Grand Boulevard, Suite 1000
Kansas City, Missouri 64108
T: (816) 421-4460
F: (816) 474-3447
jmargolies@sb-kc.com
rmaher@sb-kc.com
*ATTORNEYS FOR BAR K STL, LLC*

## **CERTIFICATE OF SERVICE**

      On August 4, 2025, the above and foregoing was filed with the United States Bankruptcy Court for the Western District of Missouri using the CM/ECF Electronic court filing system with notification to all parties requesting electronic notification as well as service via email and United States Mail, postage prepaid, to:

Office of the United States Trustee
Charles Evans Whittaker Courthouse
400 East 9th Street, Room 3440
Kansas City, MO 64106

                                                            */s/ Jonathan A. Margolies*
                                                            Attorney for Debtor

# RESOLUTION OF THE MANAGERS OF BAR K HOLDINGS, LLC
## AUTHORIZING CHAPTER 7 BANKRUPTCY FILING
## AND RETENTION OF LEGAL COUNSEL

**Date:** July 25, 2025
**Place:** By telephone

A meeting of the Managers of **Bar K Holdings, LLC**, a limited liability company organized under the laws of the State of Missouri (the "Company"), was held on the above date pursuant to proper notice.

**WHEREAS**, the Managers have reviewed and considered the financial condition of the Company, including its liabilities, assets, and obligations to creditors, and those of its subsidiaries:

a) Bear Bishop, LLC, a limited liability company organized under the laws of the State of Missouri;
b) Bar K STL, LLC, a limited liability company organized under the laws of the State of Missouri;
c) Bar K Dogbar OKC, a limited liability company organized under the laws of the State of Oklahoma; and
d) Stay! At Bar K, LLC, a limited liability company organized under the laws of the State of Missouri,

collectively, "The Companies"; and

**WHEREAS**, after due consideration, the Managers have determined that it is in the best interests of the Companies, their creditors, and other interested parties that each of the Companies file a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that each of the Companies shall be, and hereby is, authorized to file a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the appropriate United States Bankruptcy Court, and

**FURTHER RESOLVED**, that Brendan Sheil or any other duly authorized officer or Manager of the Company, is hereby authorized and directed to execute and deliver all documents, and to take all actions, necessary or appropriate to initiate and prosecute the Chapter 7 bankruptcy case on behalf of the Companies; and

**FURTHER RESOLVED**, that the Company is hereby authorized to retain the law firm of Seigfried Bingham, with offices at 2323 Grand Blvd Ste 1000, Kansas City, MO 64108, to act as bankruptcy counsel and to represent the Companies in connection with the Chapter 7 cases and related matters, and that the authorized person above is empowered to execute and deliver any engagement letters and related documentation required for such retention; and

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any officer or agent of the Company to effectuate the intent and purposes of the foregoing resolutions are hereby ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned have executed this Resolution effective as of the date first written above.

**Bar K Holdings, LLC**

By: _/s/ Brendan Sheil_

Brendan Sheil, Manager

By: _David Narkiewicz_

David Narkiewicz, Manager

By: _Craig S Wallace_

Craig Wallace, Manager