# United States Bankruptcy Court
## Western District of Missouri

In re: Bar K STL LLC, Debtor(s)

Case No. 25-41228
Chapter 7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Bar K STL LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

August 1, 2025
Date

/s/ Jonathan Margolies
Jonathan Margolies 30770
Signature of Attorney or Litigant
Counsel for  Bar K STL LLC
Seigfreid Bingham
2323 Grand Boulevard Suite 1000
Kansas City, MO 64108
(816) 265-4195  Fax:(816) 474-3447
jmargolies@sb-kc.com