IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BAR K STL, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Case No. 25-41228 |
| | ) | |

## STATEMENT OF CHAPTER 7 BUSINESS OPERATIONS

COMES NOW Debtor, by and through undersigned counsel, and for its Statement of Chapter 7 Business Operations declares as follows:

1. Debtor filed its Chapter 7 bankruptcy case on August 4, 2025 (the "Filing Date").

As of the Filing Date, Debtor is not conducting any business operations.

Respectfully submitted,

**SEIGFREID BINGHAM, P.C.**

By: */s/ Jonathan A. Margolies*
Jonathan A. Margolies, MO #30770
2323 Grand Boulevard, Suite 1000
Kansas City, Missouri 64108
T: (816) 421-4460
F: (816) 474-3447
jmargolies@sb-kc.com
rmaher@sb-kc.com
*ATTORNEYS FOR BAR K STL, LLC*

## CERTIFICATE OF SERVICE

On August 6, 2025, the above and foregoing was filed with the United States Bankruptcy Court for the Western District of Missouri using the CM/ECF Electronic court filing system with notification to all parties requesting electronic notification.

*/s/ Jonathan A. Margolies*
Attorney for Debtor

4925-0162-2619v1