IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BAR K STL, LLC | ) | Case No.   25-41228-can7 |
| | ) | |
| Debtor. | ) | |

## RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW Victor Weber, as the interim chapter 7 trustee in the above captioned case and requests that the Motion for Relief filed by Green Street 4565 McRee Investors, LLC seeking permission to continue state court litigation against the debtor be denied because the trustee has not yet had an opportunity to question the debtor's representative at its 341 meeting or to sufficiently investigate the estate's interest in the lease underlying the state court litigation for which relief is sought.

Respectfully submitted,

**MERRICK, BAKER & STRAUSS, P.C.**

**By:** /s/ Victor F Weber
**VICTOR F. WEBER       MO#57361**
**BRUCE E. STRAUSS      MO#26323**
**1044 Main Street**
**Suite 500**
**Kansas City, MO 64105**
**Telephone:  (816) 221-8855**
**Facsimile:   (816) 221-7886**

1

## CERTIFICATE OF SERVICE

    I hereby certify that on this August 29, 2025, the above and foregoing was filed electronically using CM/ECF and a true and correct copy of the above and foregoing was served electronically on all parties receiving electronic notice in the above captioned proceedings.

    /s/ Victor Weber