**IN THE UNITED STATES BANKRUPTCY COURT**
**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In Re: ) | |
| ) | |
| BAR K STL, LLC ) | Case No. 25-41228-can7 |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |
| _____ ) | |
| ) | |
| GREEN STREET 4565 MCREE ) | |
| INVESTORS, LLC ) | |
| ) | **AGREED ORDER GRANTING MOTION** |
| Movant, ) | **FOR RELIEF FROM THE** |
| ) | **AUTOMATIC STAY** |
| v. ) | |
| ) | |
| BAR K STL, LLC ) | **Re: Doc. 23** |
| ) | |
| and ) | |
| ) | |
| VICTOR F. WEBER, Trustee ) | |
| ) | |
| Respondents. ) | |

**AGREED ORDER**

This matter comes before the Court upon Green Street 4565 McRee Investors, LLC's ("Green Street") Motion for Relief from the Automatic Stay (the "Motion") [Doc. 23]. Upon consideration of the Motion, and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334 and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(D). The Motion was called and heard on September 23, 2025. Counsel for Green Street, Victor Weber, Chapter 7 trustee ("Trustee") and counsel for the United States Trustee appeared. Green Street and the Trustee have agreed to the entry of the following Order on the Motion.

**Introduction**

1

Green Street is the owner of a commercial real estate development located at 4565 McCree Avenue, St. Louis, Missouri 63110 ("Real Estate") that the Debtor leased from Green Street. The Debtor has closed operations and is in default under the terms of the lease. The Debtor has various items of personal property at the Real Estate which constitute property of the estate ("Personal Property").

Green Street has requested relief from the automatic stay to regain possession of the Real Estate and terminate the lease. Green Street and the Trustee have reached an agreement resolving the Motion on the terms set forth herein.

### Agreed Order

Upon consideration of the Motion and good cause shown, IT IS HEREBY ORDERED that:

1. The Motion is granted and the automatic stay pursuant to §362(d)(1) is terminated to allow Green Street to secure possession of the Real Estate. The Trustee consents to Green Street's termination of the lease for the Real Estate.

2. Green Street agrees to store the Personal Property at the Real Estate (or in a suitable storage facility) until October 3, 2025 or such later date as the Green Street and the Trustee may mutually agree. Green Street waives any administrative claim for possession of the Real Estate under 11 U.S.C. 503(b)(1) from the date of this order through and including October 3, 2025. Green Street reserves its right to assert an administrative claim up to the date of this Order.

3. The Trustee consents to Green Street disposing of perishable food and open food and liquor products.

IT IS SO ORDERED.

Dated: September 23, 2025        /s/ Cynthia A. Norton
                                 HONORABLE CYNTHIA A. NORTON
                                 UNITED STATES BANKRUPTCY JUDGE
                                 WESTERN DISTRICT OF MISSOURI

Approved as to Form and Content:

By: /s/ Victor F. Weber
    Victor F. Weber
    Merrick Baker & Strauss
    1044 Main, Ste 500
    Kansas City, MO 64105
    *Chapter 7 Trustee*

Order Submitted by:

GREEN STREET 4565 MCREE INVESTORS, LLC

By: /s/ Spencer P. Desai
    Spencer P. Desai
    Desai Law Firm LLC.
    13321 North Outer Forty Rd, Suite 300
    St. Louis, Missouri 63017
    *Counsel for Movant*